SAMUELS, GREEN & STEEL, LLP
SCOTT R. ALBRECHT, State Bar No. 201614
scott.albrecht@sgsattorneys.com
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612
Telephone: (949) 263-0004
Facsimile:  (949) 263-0005

Attorneys for Judgment Creditor
RONALD L. ANDERSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. ANDERSON, an individual of Big Pine Key, Florida<br><br>　　　　　Plaintiff/Judgment Creditor,<br><br>　vs.<br><br>RED ROCKS, LLC, a South Carolina limited liability company; J. CHRIS LINDGREN, an individual of Hilton Head Island, South Carolina; and Marcy M. Lindgren, an individual of Hilton Head Island, South Carolina,<br><br>　　　　　Defendants/Judgment Debtors. | Case No:  2:14-MC-122-KJM-EFB<br><br>**REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure]<br><br>[No Hearing Required] |

　　　Plaintiff/Judgment Creditor, Ronald L. Anderson, pursuant to the provisions of Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, request that Pacific Coast Legal Support whose agents are at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in

/////

1  the above case.  The U.S. Marshals Office will remain the levying officer.

2  IT IS SO ORDERED:

3  Dated:  November 3, 2014.

4                                   EDMUND F. BRENNAN

5                                   UNITED STATES MAGISTRATE JUDGE

**REQUEST AND ORDER FOR SERVICE OF PROCESS
BY REGISTERED PROCESS SERVER**