UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. ANDERSON, an individual of Big Pine Key, Florida,<br><br>　　　　Plaintiff/Judgment Creditor,<br><br>　　v.<br><br>RED ROCKS, LLC, a South Carolina limited liability company; J CHRIS LINDGREN, an individual of Hilton Head Island, South Carolina; and MARCY LINDGREN, an individual of Hilton Head Island, South Carolina,<br><br>　　　　Defendants/Judgment Debtors. | No. 2:14-mc-122-KJM-EFB<br><br>ORDER TO SHOW CAUSE |

On December 4, 2014, plaintiff/judgment creditor filed a motion for an order determining claims of exemption by judgment debtor Marcy Lindgren. ECF No. 5. The motion was noticed for hearing on December 19, 2014. The court subsequently ordered the hearing continued to January 28, 2015, and directed defendant Marcy Lindgren to file an opposition or a statement of non-opposition to the motion by January 14, 2015. ECF No. 6.

Court records reflect that plaintiff has not filed an opposition or statement of non-opposition to the motions. Local Rule 110 provides that failure to comply with any order of the Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

Accordingly, it is hereby ORDERED that:

1. The hearing on plaintiff/judgment creditor's motion for an order determining claims of exemption, ECF No. 5, is continued to February 25, 2015 at 10:00 a.m. in Courtroom No. 8.

2. Defendant/judgment debtor Marcy Lindgren shall show cause, in writing, no later than February 11, 2015, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motion.

3. Defendant/judgment debtor Marcy Lindgren shall file an opposition to the motion, or a statement of non-opposition thereto, no later than February 11, 2015.

4. Failure of to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in granting of plaintiff/judgment creditor's motion.

5. Plaintiff/judgment creditor may file a reply to the opposition, if any, on or before February 18, 2015.

6. The Clerk of the Court shall serve a copy of this order on Marcy Lindgren at 32 Widewater Road, Hilton Head Island, SC 29926.

DATED: January 22, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE