UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. ANDERSON, an individual of Big Pine Key, Florida,<br><br>Plaintiff,<br><br>v.<br><br>RED ROCKS, LLC, a South Carolina limited liability company; J. CHRIS LINDGREN, an individual of Hilton Head Island, South Carolina; and MARCY M. LINDGREN, an individual of Hilton Head Island, South Carolina,<br><br>Defendants. | No. 2:14-mc-122-KJM-EFB<br><br>ORDER AND ORDER TO SHOW CAUSE |

On March 18, 2015, plaintiff filed a motion for an order regarding rights to payment of money due or to become due to judgment debtor Marcy Lindgren, ECF No. 14, and a motion for an order determining claims of exemption by Marcy Lindgren, ECF No. 16. Plaintiff noticed the motions for hearing on April 15, 2015. ECF Nos. 14, 16.

Court records reflect that Marcy Lindgren has not filed an opposition or a statement of non-opposition to the motions. Local Rule 230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date or, in this instance, by April 1, 2015. Local Rule 230(c) further provides that "[n]o party will be entitled to be heard

1

in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The hearing on plaintiff's motions, ECF Nos. 14, 16, is continued to May 20, 2015 at 10:00 a.m. in Courtroom No. 8. All parties shall appear, personally or through counsel, at the May 20, 2015 hearing.

2. Defendant Marcy Lindgren shall show cause, in writing, no later than April 29, 2015, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motions.

3. Defendant Marcy Lindgren shall file an opposition to the motions, or a statement of non-opposition thereto, no later than April 29, 2015.

4. Failure of defendant to file an opposition to the motions will be deemed a statement of non-opposition thereto, and may result in granting of plaintiff's motion.

5. Plaintiff may file a reply to defendant's oppositon, if any, on or before May 13, 2015.

DATED: April 8, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2